DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2728
Facsimile:  (212) 637-2686
E-mail: zachary.bannon@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE NATIONAL | : | M 93 |
| COURT OF FIRST INSTANCE IN CIVIL | : | |
| MATTERS NO. 37, BUENOS AIRES, | : | No. 24-mc-271 |
| ARGENTINA, IN THE MATTER OF | : | |
| FLORENCIA MOCIULSKY ET. AL. v. | : | |
| RITA ANTONIA CASTIGLIONE | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Zachary Bannon, executed on April 26, 2024, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Zachary Bannon, Assistant United States Attorney, as Commissioner for the purpose of obtaining documents and/or information as requested by a letter rogatory for International Judicial Assistance from the National Court of First Instance in Civil Matters No. 37, Buenos Aires, Argentina, seeking documents and/or information from Israel Discount Bank of New York, in New York, New York, in connection with a proceeding pending in that court captioned *Florencia Mociulsky et. al. v. Rita Antonia Castiglione*.

Dated: New York, New York
June 14, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ ZACHARY BANNON
ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2728
Fax: (212) 637-2686
Email: zachary.bannon@usdoj.gov