UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                             :        *EX PARTE* ORDER
                                                   :
LETTER ROGATORY FOR                                :        M 93
INTERNATIONAL JUDICIAL                             :
ASSISTANCE FROM THE NATIONAL                       :
COURT OF FIRST INSTANCE IN CIVIL                   :
MATTERS NO. 37, BUENOS AIRES,                      :
ARGENTINA, IN THE MATTER OF                        :
FLORENCIA MOCIULSKY ET. AL. v.                     :
RITA ANTONIA CASTIGLIONE                           :
------------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, on behalf of the National Court of First Instance in Civil Matters No. 37, Buenos Aires, Argentina, is seeking to obtain information from Israel Discount Bank of New York, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned *Florencia Mociulsky et. al. v. Rita Antonia Castiglione*;

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Zachary Bannon, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Israel Discount Bank of New York and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Israel Discount Bank of New York with a copy of this Order and the accompanying documents.

Dated:  June 17, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge, Part I